UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

**JON CLAYBORNE DENTON**
Debtor(s)

Case No. **15-23365-LSS**
Chapter 13

## NOTICE OF FINAL CURE PAYMENT AND OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN by REBECCA A. HERR, Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), that the Trustee has made the final payment to cure the default on the claim secured by the principal residence of the Debtor(s), as evidenced by the proof of claim allowed in this case and funded by the confirmed plan. The Trustee payments were made under the claim filed by (or assigned to):

> Court Claim No. 3
> U.S. Bank Trust, NA
> c/o BSI Financial Services
> 314 S. Franklin St 2nd Floor
> Titusville, PA 16354
> Redacted Account No. 6528

The Trustee has no knowledge of and makes no representation concerning payment of other default amounts or of post-petition amounts not provided for and funded in the plan in this case.

**THE PARTIES ARE HEREBY NOTIFIED:**

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g) indicating 1) whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the default on the claim; and 2) whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**FURTHER, if the holder of the secured claim fails to timely file and serve a response to this Notice, the Court may enter an order declaring that the Debtor(s) has/have cured the default and that no amounts are unpaid as of the date of this Notice.**

Dated: <u>January 21, 2021</u>  Respectfully submitted,

<u>/s/ REBECCA A. HERR</u>
REBECCA A. HERR (Fed. Bar No. 29298)
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
(301) 805-4700
Fax: (301) 805-9577
bherr@ch13md.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Final Cure Payment will be served electronically by the Court's CM/ECF system on the following:

Albert Kaleb Coto    acoto@adesassoc.us, robertadesbankr@gmail.com, ybeheton@adesassoc.us, cotoar69409@notify.bestcase.com
*Counsel for Debtor(s)*

Michael T. Cantrell    bankruptcymd@mwc-law.com, bankruptcymd@ecf.inforuptcy.com
*Counsel for U.S. Bank Trust, NA*

Kevin R. Feig    bankruptcymd@mwc-law.com
*Counsel for U.S. Bank Trust, NA*

Mark David Meyer    bankruptcy@rosenberg-assoc.com
*Counsel for Pacific Union Financial, LLC*

Christopher Tadeus Peck    cpeck@mtglaw.com, ecfnotifications@mtglaw.com
*Counsel for U.S. Bank Trust, NA*

I hereby further certify that on the 21st day of January, 2021, a copy of the Notice of Final Cure Payment was also mailed first class mail, postage prepaid to:

Jon Clayborne Denton
5633 Prescott Court
Capitol Heights, MD 20743
*Debtor(s)*

Pacific Union Financial, LLC
Attn: Mark D. Meyer
1603 LBJ Freeway, Suite 500
Farmers Branch, TX 75234
*Claimant*

U.S. Bank Trust, NA
c/o BSI Financial Services
Attn: Michelle Ghidotti-Gonsalves
314 S Franklin St, 2nd floor
Titusville, PA 16354
*Transferee*

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for Pacific Union Financial, LLC*

*No Resident Agent Found for BSI Financial Services*

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for U.S. Bank, NA*

*Via certified mail*
Mr. Andrew Cecere, CEO
U.S. Bank, N.A.
800 Nicollet Mall
BC-MN-H210
Minneapolis, MN 55402
*Officer of U.S. Bank, N.A.*

                                              **/s/ REBECCA A. HERR**
                                              REBECCA A. HERR

# Case Overview

**Case No. 15-23365-LSS**  JON CLAYBORNE DENTON
**PENDING**

Wednesday, January 20, 2021
1:11 pm
User: hgreenberg

## DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---:|
| **PACIFIC UNION FINANCIAL LLC** | | **Claim Number 2** | | | |
| Jun 30, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | | 1011333 | 4,759.09 |
| Jul 27, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | | 1012955 | 679.87 |
| Aug 31, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | | 1014633 | 679.87 |
| Sep 30, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | | 1016539 | 679.87 |
| Nov 30, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | | 1020311 | 679.87 |
| Jan 04, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1022299 | 1,359.74 |
| Jan 29, 2017 | CNCP | CANCELLED CHECK TO CREDITOR/PRINCIPLE | | 1022299 | -1,359.74 |
| Jan 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1024058 | 2,719.48 |
| Feb 28, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1025766 | 679.87 |
| Mar 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1027584 | 679.87 |
| Apr 28, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1029409 | 679.87 |
| May 29, 2017 | CNCP | CANCELLED CHECK TO CREDITOR/PRINCIPLE | | 1029409 | -679.87 |
| May 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1031213 | 1,359.74 |
| Jun 30, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1034777 | 679.83 |
| **TOTAL FOR PACIFIC UNION FINANCIAL LLC** | | | | | **13,597.36** |
| | | | | **DISBURSEMENT TOTAL** | **13,597.36** |