**Fill in this information to identify the case:**

Debtor 1: Jon Clayborne Denton

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of Maryland
(State)

Case number: 15-23365

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST

**Court claim no.** (if known): 7-2

**Last 4 digits** of any number you use to identify the debtor's account: 6 5 2 8

**Property address:** 5633 PRESCOTT CT
Number    Street

Capitol Heights    MD    20743
City                State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

---

Debtor 1 Jon Clayborne Denton
First Name  Middle Name  Last Name

Case number (if known) 15-23365

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Keith Yacko
Signature

Date 02 / 11 / 2021

Print  Keith    Yacko
       First Name  Middle Name  Last Name

Title  Attorney for Creditor

Company  McMichael Taylor Gray, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  3550 Engineering Drive, Suite 260
         Number    Street

         Peachtree Corners, GA 30092
         City              State  ZIP Code

Contact phone ( 470 ) 289- 4347

Email kyacko@mtglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Jon C Denton
5633 Prescott Ct
Capitol Heights MD 20743


**Via CM/ECF electronic service:**
Albert Kaleb Coto
Robert A Ades & Associates, PC
4301 Garden City Dr
Suite 300
Hyattsville, MD 20785

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Dated: February 11, 2021

    Respectfully submitted,
    /s/ Keith Yacko
    Keith Yacko, Maryland Bar No. 21598
    MCMICHAEL TAYLOR GRAY, LLC
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: (470) 289-4347
    Facsimile: (404) 745-8121
    E-mail: kyacko@mtglaw.com